**Appendix K**  Revised: 4/19/10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
<u>Marshall</u> DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
2011 MAR 21 AM 10:30
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # <u>2:09-cv-00395-TJW</u>
Style: <u>PLANT EQUIPMENT INC. v. INTRADO INC.</u>   BY
2. Applicant is representing the following party/ies: <u>Plaintiff Plant Equipment, Inc.</u>
3. Applicant was admitted to practice in <u>California</u> (state) on _____ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ~~has~~/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
<u>WI St Courts; CA St. Courts; USDC, NDCA; USDC WDWI; USCA 9th Cir.</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, <u>Matthew F. Greinert</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>3/18/11</u>    Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Matthew F. Greinert

State Bar Number 239492 (California)

Firm Name: Dewey & LeBoeuf LLP

Address/P.O. Box: 1 Montgomery Street, Suite 3500

City/State/Zip: San Francisco, CA 94104-5535

Telephone #: (415) 981-1135

Fax #: (415) 981-1180

E-mail Address: MGreinert@dl.com

Secondary E-Mail Address: courtalert@dl.com; pkasenenko@dl.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 3-21-11

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

```
Court Name: District Court
Division: 2
Receipt Number: TXE200000390
Cashier ID: pa
Transaction Date: 03/21/2011
Payer Name: DEWEY LEBOEUF
------------------------------------
PRO HOC VICE
 For: DEWEY LEBOEUF
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:     $100.00
------------------------------------
CHECK
 Check/Money Order Num: 60030831
 Amt Tendered: $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

2 09 CV 395  PHV GREINERT

ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```